UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**JEREMIE SMITH,**

Plaintiff,

-vs-

**COMMISSIONER FISCHER, et al.,**

Defendants.

---

**STIPULATION OF PARTIAL
DISCONTINUANCE**

13-CV-6127

IT IS HEREBY STIPULATED AND AGREED by the parties herein that the above-entitled
Action is hereby discontinued, with prejudice and without costs to any party, except as to the
following Defendants, who will be retained as parties in this matter:
1) Michael Sheronta
2) Officer Marotta
3) Dr. Weinstock
4) Thomas Schlee
5) Nurse Cheasman
6) Corrections Officer Parish
7) Corrections Officer Casper

IT IS HEREBY STIPULATED AND AGREED that this document does not affect, impact or
nullify any currently-pending motions before the Court.

IT IS HEREBY STIPULATED AND AGREED that this document does not warrant, guarantee,
indicate or imply that any party's claim or defense is meritorious, or that any individual, whether
those named above or those to be dismissed, has been served or is represented by counsel.

IT IS HEREBY STIPULATED AND AGREED that this stipulation may be filed with the Clerk
of the Court without further notice.

HILLEL DEUTSCH
Assistant Attorney General of Counsel
Attorney for Served Defendants

BRIAN DRATCH
Counsel for Plaintiff

Dated: February 4, 2019
Rochester, New York

Dated: February 11, 2019
New York, New York

## CERTIFICATE OF SERVICE

I certify that on February 22, 2019, I electronically filed the foregoing Stipulation

of Partial Discontinuance with the Clerk of the District Court using CM/ECF system,

which sent notification of such filing to the following:

1. Brian Dratch, Esq.
   Franzblau Dratch, P.C.
   233 Broadway
   Suite 1800
   New York, NY 10279

And, I hereby certify that I have mailed, by the United States Postal Service, a copy of

the document to the following non-CM/ECF participant(s):

1. n/a

LETITIA JAMES
Attorney General of the State of New York
Attorney for Served Defendants

 s/Hillel Deutsch          _____
HILLEL DEUTSCH
Assistant Attorney General of Counsel
NYS Office of the Attorney General
144 Exchange Boulevard, Suite 200
Rochester, New York 14614
Telephone: (585) 546-7430
hillel.deutsch@ag.ny.gov