# Franzblau Dratch, P.C.

S.M. Chris Franzblau
Stephen N. Dratch*
Brian M. Dratch*
Paul G. Paravati*^

NEW YORK OFFICE
233 Broadway, Suite 1800
New York, NY 10279
(212) 571-1808
Please reply to NJ Office
WEBSITE: www.njcounsel.com

Attorneys At Law
Plaza One
354 Eisenhower Parkway
P.O. Box 472
Livingston, New Jersey 07039-0472

Main Office (973) 992-3700
Telecopier (973) 992-7945 or (973) 994-0130

email: BDRATCH@njcounsel.com

OF COUNSEL
Richard E. Mischel*
Allen B Pearl
Sanford F. Young*
Adam D. Dratch*

* NJ & NY BAR
^ PA & CA BAR
+ CERTIFIED BY THE SUPREME COURT OF NJ
  AS A MATRIMONIAL ATTORNEY
o CERTIFIED BY THE SUPREME COURT OF NJ
  AS A CIVIL TRIAL ATTORNEY

Writer's Direct Dial: (973) 533-7285

March 5, 2019

**VIA EFILING**
Hon. Frank P. Geraci, Jr., Chief Judge
United States District Court
Western District of New York
100 State Street
Rochester, NY 14614

    Re:   **Jeremie Smith v. Fischer, et al.**

Dear Chief Judge Geraci:

This firm represents plaintiff, Jeremie Smith in the above matter. I prematurely "put the cart before the horse" by requesting a Settlement Conference in this matter. I know that my adversary wrote the Court a letter regarding his inability to effectuate a settlement at this time. However the Court would still like to conduct a settlement conference on Thursday, March 7, 2019.

I am based in Livingston, New Jersey which is approximately five hours from Rochester. On Sunday, March 3, 2019 I had to travel to Malone, New York to appear for a conference at Franklin Supreme Court yesterday. I had to travel home six hours. Today I'm on Trial in Albany, New York Court of Claims which is another four and a half hours travel time.

Quite frankly I am exhausted. To come to Rochester on Thursday would be

00069745 - 1

00153570 - 1

another ten hour trip. As such I am requesting that the Court permit me to appear by phone or that the Settlement Conference be converted to a Status Conference which I would appear by phone because of my resent involvement in the matter. What I mean by this Your Honor is since my involvement I have dismissed all but six defendants. More over I am working with Hillel Deutsch to prepare an amended complaint to narrow the issue even further, since being provided documents from my adversary which my client could not afford to pay. Also I believe that I have completed the outstanding paper discovery that my client was delinquent on.

I appreciate the Court's consideration to my request.

Respectfully yours,

Brian M. Dratch

BMD:fdj

cc: Via ECF

   Hillel Deutsch, AAG

00153570 - 1